# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| APRIL MACLEOD | : | |
| Plaintiff | : | NO. 3:23-cv-01543-SDV |
| v. | : | |
| KILOLO KIJAKAZI<br>Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

## JUDGMENT

This matter came on for consideration on a consent motion for entry of judgment under sentence four of 42 U.S.C. 405(g) with reversal and remand of the cause to the defendant before the Honorable S. Dave Vatti, United States Magistrate Judge. On May 7th, 2024, an order entered granting the relief.

It is hereby ORDERED, ADJUDGED, and DECREED that judgment enter reversing the Commissioner's decision and remanding this case for additional administrative proceedings.

Dated at Bridgeport, Connecticut, this 8th day of May 2024.

Dinah Milton Kinney, Clerk

By: _____/s/_____
Djess Jacques
Deputy Clerk

EOD: 05/08/24